```
 1   ANDRÉ BIROTTE JR.
     United States Attorney
 2   LEON W. WEIDMAN
     Assistant United States Attorney
 3   Chief, Civil Division
     JOSEPH B. FRUEH
 4   Assistant United States Attorney
     California Bar Number 264088
 5
          Federal Building, Suite 7516
 6        300 North Los Angeles Street
          Los Angeles, California 90012
 7        Telephone: (213) 894-0609
          Facsimile: (213) 894-7819
 8        E-mail: joseph.frueh@usdoj.gov

 9   Attorneys for Defendant
     United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| HUY YI KOA, | No. CV 13-00132 JCG |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | Honorable Jay C. Gandhi |

1  **[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE**

2  The parties having filed a Stipulation for Compromise Settlement and Dismissal,

3  IT IS HEREBY ORDERED that Plaintiff's action is dismissed with prejudice in its entirety, and each party shall bear their own costs of suit and fees; and

4  IT IS HEREBY FURTHER ORDERED that the Court retains jurisdiction pending payment of the settlement.

Dated: November 4, 2013

_____
HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

Presented By:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney
Attorneys for Defendant
United States of America

-1-